**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Darcy L. Ibach, Esq. (to be admitted *pro hac vice*)
550 West Adams Street – Suite 300
Chicago, Illinois 60661
(312) 345-1718 telephone
(312) 345-1778 facsimile
darcy.ibach@lewisbrisbois.com

-and-

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Alexander G. Henlin (NJ Attorney ID No. 002362005)
One International Place – 3rd Floor
Boston, Massachusetts 02110
(857) 313-3950 telephone
(857) 313-3951 facsimile
alexander.henlin@lewisbrisbois.com

*Attorneys for the Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| The Hanover Insurance Company, | Docket No. 3:16-cv-01751-MAS-TJB |
| Plaintiff, | |
| vs. | |
| RetroFitness LLC, | **NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY** |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(i), the Plaintiff herein, The Hanover Insurance Company, voluntarily dismisses this action as against each of Z Times Three LLC d/b/a Retro Fitness of Kenilworth; Britcarianna, LLC d/b/a RetroFitness-Fairfield; PJ's Fitness Express, Inc., d/b/a RetroFitness of Bordentown; PRJ Holdings, LLC d/b/a RetroFitness of Wall; Joseph Ardino; Samantha Ardino; Krista A. Defazio; Scott Richter; James Heaney; Phillip Mazzucco; and ABC Financial Services Company. For the avoidance of doubt,

-2-

this *Notice of Dismissal* is effective as to all parties except RetroFitness LLC.

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(B), this dismissal is without prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Dated: July 25, 2016 | By:   s/ Alexander G. Henlin<br>Alexander G. Henlin, Esq.<br>NJ Attorney ID No. 002362005<br>One International Place – 3rd Floor<br>Boston, Massachusetts 02110<br>(857) 313-3950 telephone<br>(857) 313-3951 facsimile<br>alexander.henlin@lewisbrisbois.com |
|  | *Attorneys for the Plaintiff* |

4836-3703-8901.1